__Ramon Murillo__
Petitioner

__Robert Hernandez__
Respondent(s)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

[Filing stamps: 2254 / 1983; FILING FEE PAID Yes / No; IFP MOTION FILED Yes ✓ No; COPIES SENT TO Court ✓ Prsn; FILED MAY 29 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY]

'08 CV 0957 BEN PCL

I, __Ramon Murillo__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __PIA — Prison Industries Authority__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes ☒ No
   d. Gifts or inheritances?                             ☐ Yes ☒ No
   e. Any other sources?                                 ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __N/A__

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☒ Yes ☐ No
   If the answer is yes, state the total value of the items owned: __$12.00__

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

CV-69 (04/05)                                                                 Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A_____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __5-25-08__          _____
              Date                         Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __Court order or case number needed to process__

__5/23/08__                   _____
   Date                    Authorized Officer of Institution/Title of Officer

                              619-661-6500 ext 6153