FILED

2008 JUN 13 AM 9: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MURILLO,<br><br>            Petitioner,<br><br>vs.<br><br>ROBERT HERNANDEZ, Warden<br><br>            Respondent. | Civil No.   08-0957 BEN (PCL)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

      Petitioner is a state prisoner proceeding pro se with a habeas corpus action filed pursuant to 28 U.S.C.A. § 2254 (West Supp. 2007). Petitioner has a filed a motion to proceed in forma pauperis. Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice. Thus, this Court does not rule on Petitioner's in forma pauperis status.

      A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner is presently confined at George Bailey Detention Center, located in San Diego County, which is within the jurisdictional boundaries of the United States District Court for the Southern District of California. *See* 28 U.S.C. § 84(d). Petitioner's state court conviction occurred in San Bernardino County Superior Court, which is also located within the jurisdictional boundaries of the United States District Court for the

1  Central District of California, Eastern Division. *See id.* Thus, jurisdiction exists in both the
2  Southern District, and the Central District.
3        When a habeas petitioner is challenging a judgment of conviction, the district court of the
4  district in which the judgment of conviction was entered is a more convenient forum because of
5  the accessibility of evidence, records, and witnesses. Thus, it is generally the practice of the
6  district courts in California to transfer habeas actions questioning judgments of conviction to the
7  district in which the judgment was entered. Any and all records, witnesses, and evidence
8  necessary for the resolution of Petitioner's contentions are available in San Bernardino County.
9  *See Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can transfer habeas cases to the
10 district in which the judgment of conviction was entered, which is ordinarily a more convenient
11 forum); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).
12       Therefore, in the furtherance of justice, **IT IS ORDERED** that the Clerk of this Court
13 transfer this matter to the United States District Court for the Central District of California,
14 Eastern Division. *See* 28 U.S.C. § 2241(d). **IT IS FURTHER ORDERED** that the Clerk of
15 this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.
16 DATED: 6/12/08

                                    Roger T. Benitez
                                    United States District Judge