# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 16, 2008

Clerk, U.S. District Court
United States District Court for the Central District of California, Eastern Division.
3470 Twelfth Street
Riverside, Ca 92501

Re: Ramon Murillo v. Robert Hernandez, Case No. 3:08–cv–00957–BEN–PCL

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    W. Samuel Hamrick, Jr.,
    Clerk of the Court

    By: s/ J. Hathaway, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: