

cacd_ecfmail@cacd.uscourts.gov
06/17/2008 03:04 PM

To  InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject  Transferred case has been opened

CASE: 3:08-cv-00957

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 5:08-cv-00809, filed 06/17/2008.